AO 245 S (Rev. 4/90)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

Case 2:01-cr-20179-JPM   Document 46   Filed 04/18/05   Page 1 of 2    PageID 49

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED pq
05 APR 18 AM 8 3

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:01CR20179-01-M1

JANET HOGELAND
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

    The defendant, Janet Hogeland, was represented by Jacob Erwin, Esq.

    It appearing that the defendant, who was convicted on January 4, 2002, in the above styled cause and was placed on Supervised Release for a period of three (3) years, has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the defendant be placed back on Supervised Release with supervision to expire on August 29, 2005.

    FURTHERMORE, the defendant shall be subject to all previously imposed conditions of Supervised Release. Additionally, the defendant shall enroll in a twenty-eight (28) day in-patient drug rehabilitation program and successfully complete said program.

    Signed this the ___15___ day of April, 2005

                                          JON PHIPPS McCALLA
                                          UNITED STATES DISTRICT JUDGE

<u>Defendant's SS No.:</u>   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
<u>Defendant's Date of Birth:</u> 01/29/1967
<u>U.S. Marshal No.:</u> 17884-076
<u>Defendant's Mailing Address:</u> 233 Stardust, Ripley, TN 38063

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:01-CR-20179 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT